UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20582

21 U.S.C. § 963  CR-MARTINEZ  /McALILEY
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

MARLLORY CHACON ROSSELL,

Defendant.
_____/

FILED by _____ D.C.
AUG 25 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around November 2008, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the return of this Indictment, in the countries of Colombia, Venezuela, Panama, Honduras, Guatemala, Mexico, and elsewhere, the defendant,

**MARLLORY CHACON ROSSELL,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARLLORY CHACON ROSSELL,** has an interest.

2. Upon conviction of the violation alleged in this Indictment, **MARLLORY CHACON ROSSELL** shall forfeit all of her respective rights, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MARLLORY CHACON ROSSELL,

        **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- _X_ Miami  ___ Key West
- ___ FTL   ___ WPB   ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take _8_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     ___
   - II   6 to 10 days    _X_
   - III  11 to 20 days   ___
   - IV   21 to 60 days   ___
   - V    61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  _X_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                _____
                                Adam S. Fels
                                ASSISTANT UNITED STATES ATTORNEY
                                Court No. A5501040

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **MARLLORY CHACON ROSSELL**

**Case No:**

Count #: 1

  Conspiracy to Distribute Cocaine with Knowledge That It Will Be Unlawfully Imported Into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

  **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**